UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JAMES MURRAY,

                                        Plaintiff,

            -against-              **PLAINTIFF'S PROPOSED**
                                                **VERDICT FORM**

NEW YORK STATE TROOPER DAVID RUDERFER,
                                     Defendant.  15-CV-913 (ER)
------------------------------------------------------------------------ X

**PLAINTIFF'S PROPOSED VERDICT SHEET**

Dated: March 17, 2016

                                                     By: Leo Glickman
                                                     Stoll, Glickman & Bellina, LLP
                                                     Attorneys for Plaintiff
                                                     475 Atlantic Avenue 3rd Floor
                                                     Brooklyn, NY  11217
                                                     (718) 852-3710
                                                     lglickman@stollglickman.com

PLAINTIFF'S PROPOSED VERDICT SHEET

Using my instructions to you and the definitions contained therein, please answer the following questions.

**United States Constitutional Violations Claimed by James Murray**

Question 1

Did Trooper David Ruderfer subject James Murray to an unreasonable frisk?

_____**YES**         _____**NO**

Question 2

Did Trooper David Ruderfer subject James Murray to an unreasonable search of his person?

_____**YES**         _____**NO**

Question 3

Did Trooper David Ruderfer subject James Murray to an unreasonable search of the passenger compartment of his car?

_____**YES**         _____**NO**

Question 4

Did Trooper David Ruderfer subject James Murray to an unreasonable search of the trunk of his car?

_____**YES**         _____**NO**

Question 5

Did Trooper David Ruderfer unreasonably detain and confine James Murray?

_____**YES**         _____**NO**

**Injuries Suffered by James Murray**

**Instruction A:**  If you answered "YES" to any of Questions 1, 2, 3, 4, or 5, please proceed to Question 6.

Question 6

What damages, if any, did James Murray suffer?

                            Compensatory       $_____

                            Punitive              $_____

*Your deliberations are now over.  The Foreperson should sign and date this Verdict Sheet and inform the marshal that you have completed your deliberations.*

Foreperson:      _____

Dated:           New York, New York

                  _____, 2016